**In re: YONGWEI CAO, Azita Ghodssi, Gregory J. Hinkle, James D. McIninch, William Timberlake, and Jaehyuk Yu.**

No. 2008–1536.

United States Court of Appeals, Federal Circuit.

Dec. 22, 2008.

David R. Marsh, Arnold & Porter, LLP, Washington, DC, for Azita Ghodssi, Gregory J. Hinkle, Jaehyuk Yu, James D. McIninch, William E. Timberlake, Yongwei Cao.

Sydney O. Johnson Jr., Patent & Trademark Office, Arlington, VA, for Jon W. Dudas.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).